# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMIAH JAMES JUNEAU | CIVIL ACTION |
| VERSUS | NO. 18-1152 |
| ORLEANS PARISH, ET AL. | SECTION: "S"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Orleans Parish and the Orleans Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's excessive force claim against Deputy Brandon Jackson are allowed to proceed pending further development.

New Orleans, Louisiana, this 15th day of March, 2018.

_____
**UNITED STATES DISTRICT JUDGE**